UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00466-MOC

| | |
|---|---|
| **ROBIN M. SCRUGGS,** )<br> )<br>  Plaintiff(s), )<br> )<br>Vs. )<br> )<br>**CAROLYN W. COLVIN,** )<br>**Acting Commissioner of Social Security,** )<br> )<br>  Defendant(s). ) | ORDER |

**THIS MATTER** is before the court on Plaintiff's Consent Motion for Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A) (#21). Having reviewed the motion, supporting materials, and underlying favorable decision, the Court determines that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 § 2412(d), in the amount of $6,000.00, an amount to which the Commissioner has agreed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Consent Motion for Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A) (#21) is **GRANTED**, and Plaintiff is awarded attorney fees in the amount of $6,000.00, and that pursuant to Comm'r of Soc. Sec. v. Ratliff, 560 U.S. ----, 230 S. Ct. 2521 (2010), such amount is subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine within thirty days of this Order whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that Plaintiff does

not owe a federal debt, the government will pay the awarded fees directly to Plaintiff's counsel.

No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: July 30, 2015

Max O. Cogburn Jr.
United States District Judge